AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| Scott Ray Christensen | ) Case No. |
| | ) |
| | ) |
| Defendant | ) |

FILED ___ LODGED ___
___ RECEIVED

DEC 07 2022

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                DEPUTY

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Scott Ray Christensen,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) (Entering and Remaining in a Restricted Building or Grounds);
18 U.S.C. § 1752(a)(2) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds);
40 U.S.C. § 5104(e)(2)(D) (Disorderly Conduct in a Capitol Building);
40 U.S.C. § 5104(e)(2)(G) (Parading, Demonstrating, or Picketing in a Capitol Building).

Date: 11/28/22

Digitally signed by Zia M. Faruqui
Date: 2022.11.28 17:54:08 -05'00'

*Issuing officer's signature*

City and state:    Washington, D.C.    Zia M. Faruqui, Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 11/28/2022, and the person was arrested on *(date)* 12/07/2022
at *(city and state)*

Date: 12/07/2022

Sharon L Carpenter
*Arresting officer's signature*

Sharon Carpenter, Special Agent
*Printed name and title*